NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

16-13 consolidated with 16-12


JOHN MICHAEL CRIDDLE AND ALMA D. CRIDDLE

VERSUS

MARY ANDREE PELTIER


\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-2015-3341 C/W C-2015-3213
HONORABLE KRISTIAN DENNIS EARLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Phyllis M. Keaty, Judges.


AFFIRMED.


Arthur Daniel Mouton
Davidson, Meaux, Sonnier, McElligott, Fontenot, Gideon & Edwards
P. O. Box 2908
Lafayette, LA 70502-2908
Telephone: (337) 237-1660
COUNSEL FOR:
    Defendant/Appellee - Michael W. Neustrom, Lafayette Parish Sheriff


Jon Ann Harp Giblin
McGlinchey Stafford, PLLC
301 Main Street - 14th Floor
Baton Rouge, LA 70801
Telephone: (225) 383-9000
COUNSEL FOR:
    Defendant/Appellee - JPMorgan Chase Bank, N.A.

**Travis J. Broussard**
**Durio, McGoffin, Stagg & Ackermann**
**P. O. Box 51308**
**Lafayette, LA 70505-1308**
**Telephone:  (337) 233-0300**
**COUNSEL FOR:**
      **Defendants/Appellees – John Michael Criddle and Alma D. Criddle**

**Mary Andree Peltier**
**In Proper Person**
**2851 Johnston Street - #153**
**Lafayette, LA 70503-3243**
**Telephone:  (337) 781-5157**
      **Plaintiff/Appellant**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Mary Andree Peltier v. JPMorgan Chase Bank, N.A., et al.*, 16-12 (La.App. 3 Cir. __/__/16), ___ So.3d ___, the judgment of the trial court is affirmed.

All costs of appeal are assessed to Mary Andree Peltier.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. RULE 2-16.3, UNIFORM RULES—COURTS OF APPEAL.